# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:15-cv-01174-RFB-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| SIERRA GARDENS HOME OWNERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is a proposed discovery plan seeking approximately 240 days to conduct discovery. Docket No. 23. The presumptively reasonable discovery period is 180 days. *See, e.g.*, Local Rule 26-1(e)(1). The first reason provided by the parties to extend the presumptively reasonable discovery period is that counsel are all litigating many similar lawsuits. *See* Docket No. 23 at 2. That is not good reason to extend the discovery period. *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015) (rejecting the contention that a litigant's busy schedule based on many other lawsuits filed is sufficient cause for an extension). The second reason the parties provide is that key witnesses are involved in other cases and have limited availability for depositions. *See* Docket No. 23 at 2. However, the parties do not specify the other cases in which the witnesses are involved, provide the discovery deadlines in those cases, or provide any specifics regarding the witnesses' anticipated scheduling difficulties. *See U.S. Bank N.A. v. Lamplight Square*, 2:15-cv-1292, Docket No. 14 (D. Nev. September 16, 2015) (rejecting the contention that witnesses' busy schedule based on many other lawsuits filed, without adequate explanation, is sufficient cause for

an extension).  The proposed discovery plan is hereby **DENIED**.  The parties shall file, no later than October 2, 2015 an amended discovery plan based on the presumptively reasonable 180-discovery period outlined in the Local Rules.

    IT IS SO ORDERED.

    DATED: September 25, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge