# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:15-cv-01174-RFB-NJK |
| Plaintiff, | |
| vs. | ORDER |
| SIERRA GARDENS HOMEOWNERS ASSOCIATION, et al., | (Docket No. 29) |
| Defendants. | |

Pending before the Court is a stipulation to stay discovery pending the resolution of a meditation performed under NRS Chapter 38. *See* Docket No. 29. The Court has considered the stipulation in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay is hereby **GRANTED** in part. Discovery is stayed pending resolution of the above-referenced mediation. The parties shall file a status report every thirty days until the mediation has concluded. In the event mediation does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the conclusion of the mediation.

IT IS SO ORDERED.

DATED: December 7, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge