MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01174-RFB-NJK<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff Nationstar Mortgage LLC and defendant Thunder Properties request a thirty day extension of the May 17, 2019 dispositive motion deadline due to substantial progress made in settlement negotiations. Moreover, the parties hereto and their counsel are involved in a large number of cases in which stays were recently lifted. In association with the lifting of these stays, a number of deadlines were set within a short time period, making it difficult for the parties to comply with said deadlines. The parties stipulate to extending the current May 17, 2019 dispositive motions deadline by thirty days, to **June 17, 2019**.[1]

The parties acknowledge the Court's minute order, ECF No. 48, states the dispositive motions deadline will not be extended "absent extraordinary circumstances," but the parties believe such circumstances exist in light of the progress made in settlement negotiations which, if finalized,

---

[1] June 16, 2019 is a Sunday.

will resolve all pending claims. In addition, the conflicting deadlines present a hardship that the parties respectfully assert also warrants the requested extension.

This is the parties' first request to extend the dispositive motions deadline.

DATED May 16, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ Melanie D. Morgan* | /s/ *Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 4958 |
| DONNA M. WITTIG, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for plaintiffs Bank of America, N.A. and Federal National Mortgage Association* | *Attorney for Defendant Thunder Properties, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of May, 2019.

48857161;1