MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01174-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND EXPUNGING LIS PENDENS** |

Plaintiff Nationstar Mortgage LLC and defendant Thunder Properties, by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorney's fees and costs.

…

…

…

…

…

…

…

…

49217470;1

The parties further agree that the lis pendens recorded against the property located at 2655 Daffodil Way, Reno, Nevada 89512, APN 04-393-93, on February 7, 2019 as instrument no. 4886138 shall be released and expunged. Each party may record this stipulation and order in the property's records.

DATED June 28, 2019

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Melanie D. Morgan* | /s/ *Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 4958 |
| DONNA M. WITTIG, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff Nationstar Mortgage LLC* | *Attorney for Defendant Thunder Properties, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Case No.: 2:15-cv-01174-RFB-NJK

Dated: July 1, 2019.

49217470;1